UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WANDA E. SMITH-JETER and JESSE JAMES JETER,<br><br>Plaintiffs,<br><br>v.<br><br>ARTSPACE EVERETT CONDOMINIUM ASSOCIATION and QUANTUM MANAGEMENT SERVICES, INC.,<br><br>Defendants. | NO. C17-1857-JPD<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE FOR DEFENDANTS TO ANSWER SECOND AMENDED COMPLAINT |

This matter comes before the Court upon the parties' stipulated motion to continue the deadline for defendants to answer the plaintiffs' second amended complaint. Dkt. 37. The parties in this case participated in early mediation on June 25, 2018. To allow the parties to focus on potential resolution of the case, the parties agreed to an extension of the deadline for defendants to answer the second amended complaint to July 23, 2018. *Id*. at 2. Having found good cause for the requested extension of time, the Court GRANTS the parties' stipulated motion, Dkt. 37, and extends the deadline for defendants to answer plaintiffs' second amended complaint to **July 23, 2018.**

//

//

ORDER - 1

The Clerk is directed to send a copy of this Order to plaintiffs, as well as all counsel of record.

DATED this 9th day of July, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 2