UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WANDA E. SMITH-JETER and JESSE JAMES JETER,<br><br>Plaintiffs,<br><br>v.<br><br>ARTSPACE EVERETT CONDOMINIUM ASSOCIATION and QUANTUM MANAGEMENT SERVICES, INC.,<br><br>Defendants. | NO. C17-1857-JPD<br><br>ORDER GRANTING STIPULATED MOTION FOR PRO BONO COUNSEL TO WITHDRAW FROM THE CASE |

This matter comes before the Court upon the parties' stipulated motion for plaintiffs' pro bono counsel, Vanessa Power, to withdraw from this case. Dkt. 39. Specifically, counsel for plaintiffs was appointed pursuant to the Court's Order Appointing Pro Bono Counsel for Limited Representation During LCR 39.1 Proceedings. Dkt. 26. Consistent with the Court's Order, pro bono counsel assisted plaintiffs in filing a second amended complaint, and represented plaintiffs during a mediation on June 25, 2018. However, the parties were unable to reach settlement. Dkt. 35. As counsel has fully complied with the terms of the Order Appointing Pro Bono Counsel, plaintiffs' counsel now seeks leave to withdraw from the case. Dkt. 39. Defendants have stipulated to this request.

The Court, finding good cause for the request, hereby GRANTS the stipulated motion. Dkt. 39. Ms. Power's withdrawal as counsel for plaintiffs is effective as of July 6, 2018. As

ORDER - 1

Ms. Power was appointed only for the limited purpose of representing plaintiffs during early settlement proceedings, the Court will not require plaintiffs to seek an order of substitution from the Court in order to proceed *pro se* in this action.  *See* LCR 83.2(b)(4).

The Clerk of the Court is directed to send a copy of this Order to plaintiffs, Ms. Power, and counsel for defendants.

DATED this 9th day of July, 2018.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 2